# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW C. WIGNER,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:10-cv-1868-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) filed by Plaintiff on December 13, 2010, to appeal the final decision of the Commissioner of Social Security (the Commissioner) to deny his application for benefits.

On January 23, 2012, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the decision of the Commissioner be reversed and the case be remanded.  No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The decision of the Commissioner is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.      The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 10th day of February, 2012.

Copies furnished to:

United States Magistrate Judge  
Counsel of Record  
Unrepresented Party

                                                GREGORY A. PRESNELL  
                                           UNITED STATES DISTRICT JUDGE