# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREW C. WIGNER,**

    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:10-cv-1868-Orl-31GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## ORDER

This cause comes before the Court on Plaintiff's Uncontested Petition for Attorneys' Fees (Doc. No. 24), filed February 21, 2012.

On July 26, 2012, the United States Magistrate Judge issued a report (Doc. No. 27) recommending that the petition be granted in part. The parties filed a joint statement of no objection to the report on July 31, 2012 (Doc. No. 28).

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Petition for Attorney Fees is **GRANTED** and Plaintiff is hereby awarded $4,696.28 in attorneys' fees; payable to Plaintiff's counsel pursuant to assignment

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 6, 2012.

Copies furnished to:

Counsel of Record
Unrepresented Party

                _____
                GREGORY A. PRESNELL
                UNITED STATES DISTRICT JUDGE